UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

TRANSAMERICA LIFE INS. CO.                                    CIVIL ACTION

VERSUS

GURNEY K. ALFRED, individually
and in His Capacity as Natural Tutor
for the Minor Child, CKA, ET AL.                              NO.: 14-00611-BAJ-RLB

ORDER

On August 27, 2015, the Court granted in part and deferred in part Transamerica Life Insurance Company's ("Defendant") **Motion to Deposit Funds into the Registry of the Court (Doc. 29)**, which sought 1) an order from the Court permitting it to deposit certain funds into the registry of the court and 2) dismissal with prejudice from this interpleader action. The motion was granted related to Defendant's request to deposit the funds at issue into the registry of the court. (Doc. 30). The Court otherwise deferred ruling on the motion. (*Id.*).

On September 25, 2015, Defendant filed an unopposed **Motion to Dismiss (Doc. 33)**, which reasserts its position that it should be dismissed with prejudice from this action because 1) it is simply a stakeholder that has now deposited funds into the registry of the court and 2) all competing beneficiaries have been put on notice to assert any potential claims to the funds. (Doc. 33).

Upon review, the Court agrees that Defendant should be dismissed with prejudice from this action as a disinterested stakeholder. *See Reassure Am. Life Ins. Co. v. Cilano*, No. 09-cv-192-DLD, 2010 WL 1385409 (M.D. La. Mar. 31, 2010); *Lincoln Nat. Life Ins. C. v. Easton*, No. 08-cv-4230, 2009 WL 1307770 (E.D. La. May 11, 2009).

Accordingly,

**IT IS ORDERED** that Defendant's **Motion to Dismiss (Doc. 33)** is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that Transamerica Life Insurance Company is hereby **DISMISSED WITH PREJUDICE** from this action.[1]

Baton Rouge, Louisiana, this 18th day of March, 2016.

_____
BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

---

[1] In light of this Order, Doc. 29 is no longer pending before the Court.

2